No. 01–645. RUOTOLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–5887. COLEMAN v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 01–6014. DUNLAP v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–6076. SANDOVAL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–6112. POLANCO, AKA POLANCO-LIBRADO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6144. SMITH v. WILSON COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–6150. CHANDLER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–6561. SMITH v. DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–6562. SINGLETON v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6563. BROWN v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 01–6568. PIERCE v. CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–6570. ESSLINGER v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 01–6571. BROWN v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6573. ODRICK v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.